PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
23CR02379-001-W

DOCKET NUMBER (Rec. Court)
3:26-cr-00020-MMD-CLB

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Blythe | Southern California | San Diego |

NAME OF SENTENCING JUDGE
Thomas J. Whelan
Senior U.S. District Judge

| DATES OF | FROM | TO |
|---|---|---|
| supervised release | 05/20/2026 | 08/11/2029 |

OFFENSE
18 U.S.C. §§ 113(a)(8) and 7, Assault by Strangulation and Suffocation under Special Maritime Jurisdiction of the United States, a Class C felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Blythe has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/7/26
Date

Thomas J. Whelan
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 21, 2026
Effective Date

United States District Judge

mcs 8779681

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Brian Blythe

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

October 14, 2026

TO: U.S. District Judge:

On September 16, 2024, Brian Blythe was sentenced by the Honorable Thomas J. Whelan in the Southern District of California to 33 months custody followed by three years of supervised release for committing the offense of Assault by Strangulation and Suffocation; Special Maritime Jurisdiction of the United States, a Class C Felony. On August 12, 2026, Blythe commenced supervised release in the District of Nevada.

Blythe is currently residing with his mother in Sparks, NV, and intends to remain in the District of Nevada for the entirety of his supervised release term. All of his familial and social connections are in Nevada, and he committed the offense while he was travelling for a vacation in California, with no viable connections to the Southern District. The Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of this case. The Honorable Thomas J. Whelan has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Respectfully submitted,

Digitally signed by Anthony Spinella
Date: 2026.10.15 08:44:58 -07'00'

Anthony Spinella
Senior United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Brian Blythe

Approved:

Digitally signed by Erik Flocchini
Date: 2026.10.14 08:38:51
-07'00'

Erik Flocchini
Supervisory United States Probation Officer